IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIXIE GUTHRIE, | 3:12-CV-00952-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| WASHINGTON COUNTY, ET AL., | |
| Defendants. | |

The Court issued an Order (#32) to Show Cause on August 1, 2013, setting a Show Cause hearing for August 16, 2013, at 9:30 a.m. On August 2, 2013, the Court mailed a copy of this Order to Show Cause to Plaintiff at her last known address.

On August 16, 2013, Plaintiff failed to comply with this Court's Order requiring her to appear at the Show Cause hearing.

Pursuant to Federal Rule of Civil Procedure 41(b), this Court may dismiss an action for failure to prosecute or failure to comply with a court order. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987). When determining whether to dismiss an action for one of these reasons, the Court must weigh five factors: "'(1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions.'" *Id.* (quoting *Thompson v. Housing Authority*, 782 F.2d 829, 831 (9th Cir.) (*per curiam*).

The Court hereby **DISMISSES** this matter **without prejudice** for failure to prosecute.

IT IS SO ORDERED.

DATED this 19st day of August, 2013.

ANNA J. BROWN
United States District Judge